# EXHIBIT A

**Prothonotary Search Results**

Case CIVIL OTHER Docket GENERAL FEES

Docket # Filing Date and Time Sat/Dis/Gntd Vol Page Sealed

15-3587   9/10/2015   09:56

| Plaintiff(s) | Lien | lawyer(s) |
|---|---|---|
| CRANOR,  TODD | | FREEMAN,  BRETT |

| Defendant(s) | Lien lawyer(s) |
|---|---|
| BLUESTEM BRANDS, INC. | |
| FINGERHUT | |

Proceedings #

[View Image]   9/10/2015 COMPLAINT AND NOTICE, FILED. (MAILED COPY TO ATTY FREEMAN IN

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
CENTRE _____ County

| For Prothonotary Use Only: |
| --- |
| Docket No: |
| 2015-3589 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**S E C T I O N  A**

| Commencement of Action: |
| --- |
| ☒ Complaint  ☐ Writ of Summons  ☐ Petition |
| ☐ Transfer from Another Jurisdiction  ☐ Declaration of Taking |

| Lead Plaintiff's Name: | Lead Defendant's Name: |
| --- | --- |
| Todd Cranor | Bluestem Brands, Inc. d/b/a Fingerhut |

| **Are money damages requested?** ☒ Yes  ☐ No | Dollar Amount Requested: (check one) | ☐ within arbitration limits  ☒ outside arbitration limits |
| --- | --- | --- |

| **Is this a Class Action Suit?** ☐ Yes  ☒ No | **Is this an MDJ Appeal?** ☐ Yes  ☒ No |
| --- | --- |

Name of Plaintiff/Appellant's Attorney: _____
☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your ***PRIMARY CASE.*** If you are making more than one type of claim, check the one that you consider most important.

**S E C T I O N  B**

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☒ Other:
  Telephone Consumer Protection Act

*Updated 1/1/2011*

Todd Cranor
c/o Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

                          Plaintiff

          v.

Bluestem Brands, Inc. d/b/a Fingerhut
6509 Flying Cloud Dr.
Eden Prairie, MN 55344,

                          Defendant

IN THE CENTRE COUNTY
COURT OF COMMON PLEAS

Civil Action

No. 2015-3587

Jury Trial Demanded

Counsel of Record for Plaintiff:
Brett Freeman
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
Attorney ID 308834

## NOTICE

  You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

  YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

  IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**CENTRE COURT ADMINISTRATION OFFICE
208 CENTRE COUNTY COURTHOSE
BELLEFONTE, PA 16823**

2015 SEP 10 AM 9: 56

| | |
|---|---|
| Todd Cranor,<br><br>          Plaintiff<br><br>          v.<br><br>Bluestem Brands, Inc. d/b/a Fingerhut,<br>          Defendant | IN THE CENTRE COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. 2015-3587<br><br>Jury Trial Demanded<br><br>Counsel of Record for Plaintiff:<br>Brett Freeman<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>(570) 341-9000<br>Attorney ID 308834 |

## COMPLAINT

### I.   INTRODUCTION

1.       This is an action for damages brought by an individual consumer for violations of the

Telephone Consumer Protection Act, 47 U.S.C. § 227 (hereinafter "the Act"). Defendant made

multiple calls to Plaintiff on a number assigned to a cellular telephone service using equipment

regulated by the Act.

### II.   JURISDICTION AND VENUE

2.       Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3), which permits an action

for a violation of the Act to be brought in an appropriate state court.

3.       Venue in this Court is proper in that Defendant transacts business here.

### III.   PARTIES

4.       Plaintiff is a natural person.

2015 SEP 10 AM 9:56

5.      Defendant, Bluestem Brands, Inc. d/b/a Fingerhut, is a corporation with a place of business located at 6509 Flying Cloud Dr., Eden Prairie, MN 55344. At all relevant times, Defendant placed calls to individuals in this state.

## IV.      STATEMENT OF CLAIM

6.      Plaintiff is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39).

7.      Defendant is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39).

8.      Plaintiff has a cellular telephone number ending in 2640 that he has had at all relevant times. Plaintiff has only used this number as a cellular telephone number, and does not believe that it was ever ported from a wireline service.

9.      At all relevant times this phone number has been assigned to a cellular telephone service.

### Count 1- Violation of the Act

10.      The foregoing paragraphs are incorporated herein by reference.

11.      Defendant caused to be made an unknown number of calls to Plaintiff's cell phone number.

12.      The calls made to Plaintiff's cell phone were made using either an automatic telephone dialing system, as that term is defined in 47 U.S.C. § 227(a)(1), or an artificial or prerecorded voice. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

13.      These telephone calls were not made for "emergency purposes", as defined in 47 C.F.R. § 64.1200.

2

14.    These telephone calls were not made with the Plaintiff's prior express consent. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

15.    These telephone calls were placed while Plaintiff was in the United States.

16.    Pursuant to 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call Defendant caused to be made to Plaintiff's cellular telephone number.

17.    Plaintiff is also entitled to increased damages, as these calls were made willfully and/or knowingly. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

18.    For each violation that was made willfully and/or knowingly, the Court may, in its discretion, increase the amount of the award to an amount equal to, but not more than, $1,500.00 per call.

WHEREFORE, Plaintiff demands judgment against Defendant for statutory damages between $500.00 and $1,500.00 per call, costs, equitable relief, and such other and further relief as the Court deems just and proper.

## V.    DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Brett Freeman
Bar Number: PA 308834
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Attorney for Plaintiff
Phone (570) 341-9000

3

**Verification of Complaint and Certification
by Plaintiff Todd Cranor**

Plaintiff, Todd Cranor, being duly sworn according to law, deposes as follows:

1.      I am the plaintiff in this civil proceeding.

2.      I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.      I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4.      I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5.      I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Aug 31_ , 2015              _____

                                     Todd Cranor, Plaintiff