# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Todd Cranor,<br>　　　Plaintiff<br><br>v.<br><br>Bluestem Brands, Inc.,<br>　　　Defendant | Docket 4:15-cv-1970-MWB<br><br>(JUDGE MATTHEW W. BRANN)<br><br><br><br>FILED ELECTRONICALLY |

## **STIPULATION OF DISMISSAL**

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Laura A. Lange (with consent) |
| Brett Freeman | Laura A. Lange |
| Bar Number PA308834 | Bar Number PA 310733 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | McGuire Woods, LLP |
| 216 N. Blakely St. | 625 Liberty Avenue, 23rd Floor |
| Dunmore, PA 18512 | Pittsburgh, PA 15222 |
| Phone (570) 341-9000 | Phone (412) 667-6000 |
| Facsimile (570) 504-2769 | Facsimile (412) 667-6050 |
| Email: bfecf@bankruptcypa.com | Email llange@mcguirewoods.com |