# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Todd Cranor,<br>  Plaintiff | Docket 4:15-cv-1970-MWB |
| | (JUDGE MATTHEW W. BRANN) |
| v. | |
| Bluestem Brands, Inc.,<br>  Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, IT IS

ORDERED that this action is hereby dismissed without costs and with prejudice.

The Clerk of Court is directed to close the case.

Date: February 3, 2016

_/s/ Matthew W. Brann_
Matthew W. Brann
United States District Judge